UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-4613-CAS(CWx) | Date | July 11, 2008 |
|---|---|---|---|
| Title | *FUBON INSURANCE CO, LTD v. FRONTIER LOGISTICS SERVICES* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

Pursuant to the various dismissal's approved and filed on August 17, 2007; January 17, 2008; June 13, 2008; July 1, 2008; July 9, 2008; and July 11, 2008, and all parties who have answered having been dismissed, **IT IS HEREBY ORDERED** that all dates in this action are hereby **VACATED**.

**IT IS FURTHER ORDERED** that **Plaintiff FUBON INSURANCE CO, LTD.** show cause in writing not later than **July 28, 2008** why this action should not be dismissed for lack of prosecution **as to Defendant MTS TRANSPORT, only;** that **Cross-Complainant COMPLETE TRANSPORTATION SERVICES, LLC.** show cause in writing not later than **July 28, 2008** why this action should not be dismissed for lack of prosecution **as to Cross-Defendant MTS TRANSPORT, only;** and that **Cross-Claimant FRONTIER LOGISTICS SERVICES** show cause in writing not later than **July 28, 2008** why this action should not be dismissed for lack of prosecution **as to Cross-Defendant MTS TRANSPORT, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

**Plaintiff FUBON INSURANCE CO, LTD.** is advised that the Court will consider the following: An answer by **Defendant MTS TRANSPORT,** or plaintiff's request for entry of default on this defendant;

**Cross-Complainant COMPLETE TRANSPORTATION SERVICES, LLC.** is advised that the Court will consider the following: A proof of service of Summons on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-4613-CAS(CWx) | Date | July 11, 2008 |
|---|---|---|---|
| Title | *FUBON INSURANCE CO, LTD v. FRONTIER LOGISTICS SERVICES* | | |

Cross-Complaint and Cross-Complaint on the **Cross-Defendant MTS TRANSPORT**;

    **Cross-Claimant FRONTIER LOGISTICS SERVICES** is advised that the Court will consider the following: A proof of service of Summons on Crossclaim and CrossClaim on the **Cross-Defendant MTS TRANSPORT**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |